UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

In re: Quashawn Saquan Sheridan

Case No. 2:25-cv-00440-CDS-NJK

**Order Denying Petition for Change of Name and Closing Case**

[ECF Nos. 1, 1-1]

Quashawn Saquan Sheridan applies to proceed *in forma pauperis* to petition the court for a change of name. ECF Nos. 1, 1-1. Federal courts "have an independent obligation to determine whether subject-matter jurisdiction exists[.]" *Arbaugh v. Y&H Corp.*, 546 U.S. 500, 514 (2006) (internal citation omitted). When subject matter is not established, the courts are empowered to sua sponte dismiss a case when such jurisdiction is lacking. Fed. R. Civ. P. 12(h)(3). Here, there is no federal subject matter jurisdiction to entertain a petition for change of name. Such requests are generally made to the state courts. Thus, because there is nothing upon which this court may rely to exercise subject matter jurisdiction, Sheridan's petition must be denied.

### Conclusion

IT IS HEREBY ORDERED that Sheridan's petition for adult name change **[ECF No. 1-1] is denied without prejudice** so that he may proceed in the Eighth Judicial District Court for Clark County, Nevada.[1]

IT IS FURTHER ORDERED that Sheridan's application to proceed *in forma pauperis* **[ECF No. 1] is denied as moot**.

The Clerk of Court is kindly instructed to close this case.

Dated: March 18, 2025

_____
Cristina D. Silva
United States District Judge

---

[1] Sheridan may seek to proceed *in forma pauperis* in the Eighth Judicial District Court for Clark County, Nevada by filing an application for a waiver of costs and fees under Nev. Rev. Stat. § 12.015.